UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIGME TENZIN,

                          Plaintiff,

          -against-

UNITED STATES POST OFFICE (BRANCH)

                          Defendants.

22-CV-9141 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 7, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:   November 7, 2022
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge